In the Matter of the Claim of MARY MOBERG, Respondent, against 335 LEFFERTS AVENUE CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 20, 1953; decided May 28, 1953.

*Bernard F. Farley* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.